Fred W. Schwinn (SBN 225575)
Raeon R. Roulston (SBN 255622)
Matthew C. Salmonsen (SBN 302854)
CONSUMER LAW CENTER, INC.
12 South First Street, Suite 1014
San Jose, California 95113-2418
Telephone Number: (408) 294-6100
Facsimile Number: (408) 294-6190
Email Address: fred.schwinn@sjconsumerlaw.com

Attorneys for Plaintiff
DOMINGO MEZA, JR.

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| DOMINGO MEZA, JR., <br><br>                    Plaintiff, <br><br>v. <br><br>FIRST NATIONAL COLLECTION BUREAU, INC., a Nevada corporation; and BRADLEY L. JARDON, individually and in his official capacity, <br><br>                    Defendants. | Case No. 5:16-CV-05151-NC <br><br>**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE** <br><br>Fed. R. Civ. P. 41(a)(1) |

COMES NOW the Plaintiff, DOMINGO MEZA, JR., by and through his attorney Fred W. Schwinn of the Consumer Law Center, Inc., and pursuant to Fed. R. Civ. P. 41(a)(1), respectfully notifies this Court that Plaintiff, DOMINGO MEZA, JR., hereby dismisses, with prejudice, all claims made by him against Defendants, FIRST NATIONAL COLLECTION BUREAU, INC., and BRADLEY L. JARDON, in his Complaint filed herein on September 7, 2016.  Plaintiff further notifies the Court that his dispute with Defendants has been settled.

                                                              CONSUMER LAW CENTER, INC.

Dated:  November 10, 2016                              /s/ Fred W. Schwinn
                                                                           Fred W. Schwinn, Esq.
                                                                           Attorney for Plaintiff
                                                                           DOMINGO MEZA, JR.